**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-11-549 |
| | § | |
| BERNARDINO AGUERO JR. | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry No. 27). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

    Pretrial conference is reset to**:**    **February 27, 2012 at 8:45 a.m.**
    Jury trial and selection are reset to:    **March 5, 2012 at 9:00 a.m.**

    SIGNED on January 20, 2012, at Houston, Texas.

                                            Lee H. Rosenthal
                                      United States District Judge