IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-11-549 |
| | § | |
| BERNARDINO AGUERO JR. | § | |

**O R D E R**

Defendant Aguero filed an unopposed motion for continuance, (Docket Entry No. 30). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The re-arraignment hearing is reset to **March 26, 2012, at 9:30 a.m.**

SIGNED on February 29, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge