# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-11-549 |
| BERNARDINO AGUERO JR. | § § § § | |

**O R D E R**

Defendant Aguero filed an unopposed motion for continuance, (Docket Entry No. 33). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The re-arraignment hearing is reset to **April 26, 2012, at 9:30 a.m.**

SIGNED on March 27, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge