# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-11-549 |
| | § § § § | |
| BERNARDINO AGUERO JR. | § | |

# O R D E R

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 43). The motion for continuance is GRANTED. The sentencing hearing is reset to **October 16, 2012 at 9:00 a.m.**

SIGNED on August 27, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge