**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

UNITED STATES OF AMERICA      §

§

§

§

VS.      §      CRIMINAL  NO. H-11-549

§

§

§

§

BERNARDINO AGUERO JR.      §

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing,

(Docket Entry No. 46). The  motion for continuance is GRANTED.  The sentencing hearing

is reset to **December 3, 2012 at 9:30 a.m.**

SIGNED on October 11, 2012, at Houston, Texas.

_____

Lee H. Rosenthal
United States District Judge