IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-11-549 |
| | § § § § | |
| BERNARDINO AGUERO JR. | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 51). The motion for continuance is GRANTED. The sentencing hearing is reset to **March 28, 2013 at 9:00 a.m.**

SIGNED on January 15, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge